FILED - GR
February 21, 2025 12:59 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: /b 2/21

UNITED STATES DISTRICT COURT
~~EASTERN DISTRICT OF MICHIGAN~~
*Western District of Michigan*

## Prisoner Civil Rights Complaint under 42 U.S.C. § 1983

### Purpose

This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 288 (1971).

You may file a complaint in the United States District Court for the Eastern District of Michigan if one or more of the named defendants is located within the Eastern District of Michigan or if the cause of action arose in this District.

### Filing out the form

1:25-cv-206
Robert J. Jonker
U.S. District Judge

Fill out the attached form and answer each item completely in the space provided. [Answers must be] typewritten or legibly handwritten. You must file a separate complaint for each [defendant unless the claims] are related to the same incident, issue, or defendant.

- You must provide a complete and accurate list of the name of each defendant, the address for each defendant, and the capacity in which each defendant is being sued.
- If additional pages are needed, they must be typed or neatly written on 8 ½ x 11" white paper and securely attached to the complaint.
- You must tell the truth and each plaintiff must sign and date the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

### Filing Fee

For the current filing fee, consult the Fee Schedule on the court's website at www.mied.uscourts.gov. You are obligated to pay the fee even if the court dismisses your complaint or you voluntarily dismiss your complaint.

**If unable to pay the filing fee, each plaintiff must:**
- Complete an Application to Proceed In Forma Pauperis,
- Sign the Application to Proceed In Forma Pauperis, and
- Provide a certified copy of the prison trust fund account statement for the preceding 6 month period.

**If paying the fee:** Checks or money orders must be made payable to "Clerk, U.S. District Court" and sent with the complaint to the address indicated below. If you pay the filing fee when you file your complaint, you will be responsible for serving the defendants. (See Instructions for Preparation and Service of Summons Forms.)

### Submitting Forms

When the complaint is fully completed, mail the original and one copy of the complaint along with all attachments to:

Office of the Clerk
United States District Court
~~231 W. Lafayette Boulevard, Fifth Floor~~
~~Detroit, MI 48226~~
110 Michigan St
Grand Rapids MI 49503

**Failure to comply with all of the instructions will result in unnecessary delays**

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

| Official Use Only | | |
|---|---|---|
| Case Number | Judge | Magistrate Judge |

# PRISONER CIVIL RIGHTS COMPLAINT

This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

## Plaintiff's Information

Name: ERIC LEE VANZANH
Prisoner No.:
Place of Confinement: NEWAYGO COUNTY JAIL
Street: P.O. Box 845
City: White Cloud
State: MI
Zip Code: 49349

Are there additional plaintiffs? ☐ Yes  ☒ No

If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide names, prisoner numbers and addresses for all plaintiffs.

## Defendant's Information

Name: PAUL C. MCDONAGH
Position: LAWYER
Street/P.O. Box: 200 Ottawa Ave N.W. Suite 401
City: Grand Rapids
State: MI
Zip Code: 49503

Are you suing this defendant in his/her: ☐ Personal Capacity  ☐ Official Capacity  ☒ Both Capacities

Are you suing more than one defendant? ☐ Yes  ☒ No

If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.

1

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

# I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☐ Yes    ☒ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| Docket or Case Number: |
|---|
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

| Docket or Case Number: |
|---|
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

| Docket or Case Number: |
|---|
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

**Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.**

2

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes.

On or about Feb, 2024 I was informed about a lawyer to help me with my legal case Mr McDonagh came to the Jail to see me We worked out a agreement for trail for 15,000.00 at which time I gave him a cashier check for the above amount The money was to go to trail nothing more or less After Receiving the money he visit me too to three times Said he couldn't go to trail on my case end quit on me "Said I Didn't have a chance" But Before taking my money Stated He Could Win the Case He Broke the Agreement or Contract and stole my money

## III. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. Set forth each claim in a separate paragraph. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

Mr McDonagh Violated my 14 amendment 5,6 Amendment to have a Right to A fair trail Violated my Due process Rights my Substentual Due process Rights the Due process Clause Such As the 14 Amendment the Interpretion of Liberty Interest Such that Conduct as is Implicit in the nature of ordered Liberty. Is Sufficiently fundamental to require Strict Scrutiny of any law that Burdens it

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

3

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

Would like to have Mr McDonagh liensce to pratice Suspended or Revoked plus punitive Damages of 1500.00 Dollars Monitary Damages for the Money Back He Stole from me

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on 2/14/25 (date).

Eric LEE VANZANT
Signature of Plaintiff

Eric VonZant
P.O Box 845
White Cloud MI
49349

THIS MAIL HAS ORIGINATED
FROM THE NEWAYGO COUNTY JAIL

United States District Court
Western District of Michigan
110 Michigan St
Grand Rapids MI
49503